425 F.Supp.2d 1321

HYUNDAI ELECTRONICS INDUSTRIES CO., LTD. and HYUNDAI ELEC-
TRONICS AMERICA, INC., Plaintiffs, v. UNITED STATES, Defendant,
and MICRON TECHNOLOGY, INC., Defendant-Intervenor.

Cons. Court No. 00–01–00027

### JUDGMENT ORDER

GOLDBERG, Senior Judge: Upon consideration of the United
States Department of Commerce's Final Results of Redetermination
Pursuant to Remand ("Redetermination Results") filed pursuant to
the Court's decision in *Hyundai Electronics Industries Co., Ltd. v.
United States,* 30 CIT ___ , Slip Op. 06–9 (Jan. 18, 2006); and upon
consideration of the fact that no parties have filed negative com-
ments regarding the Redetermination Results; and upon consider-
ation of all other papers filed herein; and upon due deliberation, it is
hereby

ORDERED that the Redetermination Results are sustained in all
respects.

SO ORDERED.